REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: EDVA
County/Parish:

Under Seal: Yes ☒  No ☐
Superseding Indictment:
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____.

Judge Assigned:
Criminal Number: 4:16cr17001
New Defendant:
Arraignment Date:

## Defendant Information:

Juvenile: Yes ☐  No ☒    FBI#:
Defendant Name: OMER GUR    Alias Name(s): a/k/a " Omer Gur Geiger
Address: Raleigh,, NC
Employment:
Birth Date: 1980    SS#: 7696    Sex: M    Race: W    Nationality: Israeli    Place of Birth: Israel
Height:    Weight:    lbs    Hair:    Eyes:    Scars/Tattoos:
Interpreter: Yes ☐  No ☐    List Language and/or dialect:

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody        ☐ On Pretrial Release       ☐ Not in Custody
☒ Arrest Warrant Requested        ☐ Fugitive                  ☐ Summons Requested
☐ Arrest Warrant Pending          ☒ Detention Sought          ☐ Bond

## Defense Counsel Information:

Name:          ☐ Court Appointed
Address:       ☐ Retained
Telephone:     ☐ Public Defender
               ☐ Office of Federal Public Defender should not be appointed due to conflict of interest
               ☐ CJA attorney: _____ should not be appointed due to conflict of interest

## U.S. Attorney Information:

AUSA Brian Samuels    Telephone No. 757-591-4031    Bar #:65898

**Complainant Agency, Address & Phone Number or Person & Title:**

DOL, SA SARA SHALOWITZ, (202) 515-2602

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud and Commit Offenses Against the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1546 and 2 | Visa Fraud | 2 - 8 | Felony |
| Set 3 | 8 U.S.C § 1324(a)(1)(A)(iv), 18 U.S.C. § 2 | Encouraging and Inducing Illegal Entry | 9 - 14 | Felony |
| Set 4 | 8 U.S.C. § 1324(a)(1)(A)(iii), 18 U.S.C. § 2 | Harboring Illegal Aliens | 15 - 21 | Felony |
| Set 5 | 8 U.S.C. § 1324(a)(1)(A)(ii), 18 U.S.C. § 2 | Transporting Illegal Aliens | 22 - 33 | Felony |
| Set 6 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Money | 34 | Felony |
| Set 7 | 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(6)(A), 28 U.S.C. § 2461 | Asset Forfeiture | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet                                                                    U.S. District Court

**Place of Offense:**  
City: EDVA  
County/Parish:

Under Seal: Yes ☒  No ☐  
Superseding Indictment:  
Same Defendant:  
Magistrate Judge Case Number:  
Search Warrant Case Number:  
R 20/R 40 from District of _____ .

Judge Assigned:  
Criminal Number: 4:16cr17-002  
New Defendant:  
Arraignment Date:

**Defendant Information:**

Juvenile: Yes ☐  No ☒   FBI#:  
Defendant Name:  BOAZ BEN CNAAN   Alias Name(s):  
Address: Virginia Beach, VA  
Employment:  
Birth Date: 1983   SS#: na   Sex: M   Race: W   Nationality: Israeli   Place of Birth: Israel  
Height:   Weight:   lbs   Hair:   Eyes:   Scars/Tattoos:  
Interpreter: Yes ☐  No ☐  List Language and/or dialect:

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____ .  
☐ Already in State Custody           ☐ On Pretrial Release           ☐ Not in Custody  
☒ Arrest Warrant Requested           ☐ Fugitive                      ☐ Summons Requested  
☐ Arrest Warrant Pending             ☒ Detention Sought              ☐ Bond

**Defense Counsel Information:**

Name:           ☐ Court Appointed  
Address:        ☐ Retained  
Telephone:      ☐ Public Defender  
                ☐ Office of Federal Public Defender should not be appointed due to conflict of interest  
                ☐ CJA attorney: _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA Brian Samuels           Telephone No. 757-591-4031           Bar #:65898

**Complainant Agency, Address & Phone Number or Person & Title:**

DOL, SA SARA SHALOWITZ, (202) 515-2602

**U.S.C. Citations:**

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud and Commit Offenses Against the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1546 and 2 | Visa Fraud | 4 | Felony |
| Set 3 | 8 U.S.C § 1324(a)(1)(A)(iv), 18 U.S.C. § 2 | Encouraging and Inducing Illegal Entry | 10 – 14 | Felony |
| Set 4 | 8 U.S.C. § 1324(a)(1)(A)(iii), 18 U.S.C. § 2 | Harboring Illegal Aliens | 15 - 21 | Felony |
| Set 5 | 8 U.S.C. § 1324(a)(1)(A)(ii), 18 U.S.C. § 2 | Transporting Illegal Aliens | 29 - 33 | Felony |
| Set 6 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Money | 34 | Felony |
| Set 7 | 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(6)(A), 28 U.S.C. § 2461 | Asset Forfeiture | | |

JS 45 (11/2002)

## Criminal Case Cover Sheet                                                            U.S. District Court

| | |
|---|---|
| **Place of Offense:** | **Under Seal:** Yes ☒  No ☐ |
| City: EDVA | Superseding Indictment: |
| County/Parish: | Same Defendant: |
| | Magistrate Judge Case Number: |
| | Search Warrant Case Number: |
| | R 20/R 40 from District of _____ |

Judge Assigned:
Criminal Number: 4:16CR17-003
New Defendant:
Arraignment Date:

### Defendant Information:

Juvenile: Yes ☐  No ☒   FBI#:
Defendant Name: SHLOMO GENISH   Alias Name(s):
Address: Sentinel Ridge, Norristown, PA
Employment:
Birth Date: 1984   SS#: 1732   Sex: M   Race: W   Nationality: Israeli   Place of Birth: Israel
Height:   Weight:   lbs   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐  No ☐   List Language and/or dialect:

### Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____
☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☒ Detention Sought   ☐ Bond

### Defense Counsel Information:

Name:           ☐ Court Appointed
Address:        ☐ Retained
Telephone:      ☐ Public Defender
                ☐ Office of Federal Public Defender should not be appointed due to conflict of interest
                ☐ CJA attorney: _____ should not be appointed due to conflict of interest

### U.S. Attorney Information:

AUSA Brian Samuels   Telephone No. 757-591-4031   Bar #:65898

**Complainant Agency, Address & Phone Number or Person & Title:**

DOL, SA SARA SHALOWITZ, (202) 515-2602

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud and Commit Offenses Against the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1546 and 2 | Visa Fraud | 5 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Money | 34 | Felony |
| Set 4 | 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(6)(A), 28 U.S.C. § 2461 | Asset Forfeiture | | |
| Set 5 | | | | |
| Set 6 | | | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

**Place of Offense:**
City: EDVA
County/Parish:

Under Seal: Yes ☒ No ☐
Superseding Indictment:
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____.

Judge Assigned:
Criminal Number: 4:16cr16-004
New Defendant:
Arraignment Date:

## Defendant Information:

Juvenile: Yes ☐ No ☒  FBI#:
Defendant Name: ZION SASON   Alias Name(s): a/k/a "Zion Sasson"
Address: Atlanta, GA
Employment:
Birth Date: 1984   SS#: 8099   Sex: M   Race: W   Nationality: Israeli   Place of Birth: Israel
Height:   Weight: lbs   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐ No ☐ List Language and/or dialect:

## Location Status:

Arrest Date:
☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody         ☐ On Pretrial Release        ☐ Not in Custody
☒ Arrest Warrant Requested         ☐ Fugitive                    ☐ Summons Requested
☐ Arrest Warrant Pending           ☒ Detention Sought            ☐ Bond

## Defense Counsel Information:

Name:          ☐ Court Appointed
Address:       ☐ Retained
Telephone:     ☐ Public Defender
               ☐ Office of Federal Public Defender should not be appointed due to conflict of interest
               ☐ CJA attorney: _____ should not be appointed due to conflict of interest

## U.S. Attorney Information:

AUSA Brian Samuels   Telephone No. 757-591-4031   Bar #:65898

**Complainant Agency, Address & Phone Number or Person & Title:**

DOL, SA SARA SHALOWITZ, (202) 515-2602

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud and Commit Offenses Against the United States | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Money | 34 | Felony |
| Set 3 | 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(6)(A), 28 U.S.C. § 2461 | Asset Forfeiture | | |
| Set 4 | | | | |
| Set 5 | | | | |
| Set 6 | | | | |
| Set 7 | | | | |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City: EDVA
County/Parish:

Under Seal: Yes ☒ No ☐
Superseding Indictment:
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____ .

Judge Assigned:
Criminal Number: 4:16cr17 - 005
New Defendant:
Arraignment Date:

### Defendant Information:

Juvenile: Yes ☐ No ☒   FBI#:
Defendant Name: EYAL KATZ   Alias Name(s)
Address:
Employment:
Birth Date: 1978   SS#: NA   Sex: M   Race: W   Nationality: Israeli   Place of Birth: Israel
Height:   Weight:   lbs   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐ No ☐ List Language and/or dialect:

### Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____ .
☐ Already in State Custody          ☐ On Pretrial Release    ☐ Not in Custody
☒ Arrest Warrant Requested          ☐ Fugitive               ☐ Summons Requested
☐ Arrest Warrant Pending            ☒ Detention Sought       ☐ Bond

### Defense Counsel Information:

Name:
Address:
Telephone:

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney: _____ should not be appointed due to conflict of interest

### U.S. Attorney Information:

AUSA Brian Samuels    Telephone No. 757-591-4031    Bar #: 65898

**Complainant Agency, Address & Phone Number or Person & Title:**

DOL, SA SARA SHALOWITZ, (202) 515-2602

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud and Commit Offenses Against the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1546 and 2 | Visa Fraud | 3 | Felony |
| Set 3 | 8 U.S.C § 1324(a)(1)(A)(iv), 18 U.S.C. § 2 | Encouraging and Inducing Illegal Entry | 9 - 14 | Felony |
| Set 4 | 8 U.S.C. § 1324(a)(1)(A)(iii), 18 U.S.C. § 2 | Harboring Illegal Aliens | 15 - 21 | Felony |
| Set 5 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Money | 34 | Felony |
| Set 6 | 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(6)(A), 28 U.S.C. § 2461 | Asset Forfeiture | | |

REDACTED

JS 45 (11/2002),
## Criminal Case Cover Sheet U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 4:16cr17-006 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

### Defendant Information:

Juvenile: Yes ☐  No ☒   FBI#:
Defendant Name: RITA BERKOVICH   Alias Name(s)
Address: Virginia Beach, VA
Employment:
Birth Date: 1991   SS#: NA   Sex: F   Race: W   Nationality: Israeli   Place of Birth: Israel
Height:   Weight:   lbs   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐  No ☐   List Language and/or dialect:

### Location Status:

Arrest Date:
☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody          ☐ On Pretrial Release          ☐ Not in Custody
☒ Arrest Warrant Requested          ☐ Fugitive                     ☐ Summons Requested
☐ Arrest Warrant Pending            ☒ Detention Sought             ☐ Bond

### Defense Counsel Information:

Name:          ☐ Court Appointed
Address:       ☐ Retained
Telephone:     ☐ Public Defender
               ☐ Office of Federal Public Defender should not be appointed due to conflict of interest
               ☐ CJA attorney: _____ should not be appointed due to conflict of interest

### U.S. Attorney Information:

AUSA Brian Samuels          Telephone No. 757-591-4031          Bar #:65898

### Complainant Agency, Address & Phone Number or Person & Title:

DOL, SA SARA SHALOWITZ, (202) 515-2602

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud and Commit Offenses Against the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1546 and 2 | Visa Fraud | 7 | Felony |
| Set 3 | 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(6)(A), 28 U.S.C. § 2461 | Asset Forfeiture | | |

JS 45 (11/2002),

## Criminal Case Cover Sheet

**U.S. District Court**

REDACTED

**Place of Offense:**
City: EDVA
County/Parish:

**Under Seal:** Yes ☒ No ☐
Superseding Indictment:
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____.

**Judge Assigned:**
**Criminal Number:** 4:16cr17-007
**New Defendant:**
**Arraignment Date:**

### Defendant Information:

Juvenile: Yes ☐ No ☒  FBI#:
Defendant Name: IDO RODES   Alias Name(s)
Address: Atlanta, GA
Employment:
Birth Date: 1991   SS#: NA   Sex: M   Race: W   Nationality: Israeli   Place of Birth: Israel
Height:   Weight:   lbs   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐ No ☐ List Language and/or dialect:

### Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody     ☐ On Pretrial Release     ☐ Not in Custody
☒ Arrest Warrant Requested    ☐ Fugitive                ☐ Summons Requested
☐ Arrest Warrant Pending      ☒ Detention Sought        ☐ Bond

### Defense Counsel Information:

Name:       ☐ Court Appointed
Address:    ☐ Retained
Telephone:  ☐ Public Defender
            ☐ Office of Federal Public Defender should not be appointed due to conflict of interest
            ☐ CJA attorney: _____ should not be appointed due to conflict of interest

### U.S. Attorney Information:

AUSA Brian Samuels   Telephone No. 757-591-4031   Bar #:65898

**Complainant Agency, Address & Phone Number or Person & Title:**

DOL, SA SARA SHALOWITZ, (202) 515-2602

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud and Commit Offenses Against the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1546 and 2 | Visa Fraud | 8 | Felony |
| Set 3 | 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(6)(A), 28 U.S.C. § 2461 | Asset Forfeiture | | |

JS 45 (11/2002),

# Criminal Case Cover Sheet

**U.S. District Court**

REDACTED

**Place of Offense:**
City: EDVA
County/Parish:

**Under Seal:** Yes ☒ No ☐
Superseding Indictment:
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____.

**Judge Assigned:**
**Criminal Number:** 4:16cr17-008
New Defendant:
**Arraignment Date:**

## Defendant Information:

Juvenile: Yes ☐ No ☒  FBI#:
Defendant Name: GUY MAZON   Alias Name(s)
Address: Baltimore, MD
Employment:
Birth Date: 1991  SS#: 2258  Sex: M  Race: W  Nationality: Israeli  Place of Birth: Israel
Height:  Weight:  lbs  Hair:  Eyes:  Scars/Tattoos:
Interpreter: Yes ☐ No ☐ List Language and/or dialect:

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody
☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested
☐ Arrest Warrant Pending  ☒ Detention Sought  ☐ Bond

## Defense Counsel Information:

Name:  ☐ Court Appointed
Address:  ☐ Retained
Telephone:  ☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney: _____ should not be appointed due to conflict of interest

## U.S. Attorney Information:

AUSA Brian Samuels   Telephone No. 757-591-4031   Bar #:65898

**Complainant Agency, Address & Phone Number or Person & Title:**

DOL, SA SARA SHALOWITZ, (202) 515-2602

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud and Commit Offenses Against the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1546 and 2 | Visa Fraud | 5 | Felony |
| Set 3 | 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(6)(A), 28 U.S.C. § 2461 | Asset Forfeiture | | |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**
City: EDVA
County/Parish:

Under Seal: Yes ☒ No ☐
Superseding Indictment:
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____.

Judge Assigned:
Criminal Number: 4:16cr17-009
New Defendant:
Arraignment Date:

## Defendant Information:

Juvenile: Yes ☐ No ☒   FBI#:
Defendant Name: SHIMON MIZRAHI   Alias Name(s)
Address: Carrboro, NC 27510
Employment:
Birth Date: 1990   SS#: 1824   Sex: M   Race: W   Nationality: Israeli   Place of Birth: Israel
Height:   Weight: lbs   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐ No ☐   List Language and/or dialect:

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody
☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
☐ Arrest Warrant Pending    ☒ Detention Sought    ☐ Bond

## Defense Counsel Information:

Name:
Address:
Telephone:

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney: _____ should not be appointed due to conflict of interest

## U.S. Attorney Information:

AUSA Brian Samuels     Telephone No. 757-591-4031     Bar #:65898

## Complainant Agency, Address & Phone Number or Person & Title:

DOL, SA SARA SHALOWITZ, (202) 515-2602

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud and Commit Offenses Against the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1546 and 2 | Visa Fraud | 3 | Felony |
| Set 3 | 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(6)(A), 28 U.S.C. § 2461 | Asset Forfeiture | | |

JS 45 (11/2002)

REDACTED

JS 45 (1/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City: EDVA
County/Parish:

Under Seal: Yes ☒  No ☐
Superseding Indictment:
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____.

Judge Assigned:
Criminal Number: 4:16CR17-010
New Defendant:
Arraignment Date:

## Defendant Information:

Juvenile: Yes ☐  No ☒   FBI#:
Defendant Name: SHAI YONA     Alias Name(s): a/k/a "Shay Yona"
Address:
Employment:
Birth Date: 1990    SS#: na    Sex: M   Race: W    Nationality: Israeli    Place of Birth: Israel
Height:    Weight:   lbs   Hair:    Eyes:    Scars/Tattoos:
Interpreter: Yes ☐  No ☐  List Language and/or dialect:

## Location Status:

Arrest Date:
☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody        ☐ On Pretrial Release       ☐ Not in Custody
☒ Arrest Warrant Requested        ☐ Fugitive                  ☐ Summons Requested
☐ Arrest Warrant Pending          ☒ Detention Sought          ☐ Bond

## Defense Counsel Information:

Name:
Address:
Telephone:

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney: _____ should not be appointed due to conflict of interest

## U.S. Attorney Information:

AUSA Brian Samuels      Telephone No. 757-591-4031     Bar #:65898

**Complainant Agency, Address & Phone Number or Person & Title:**

DOL, SA SARA SHALOWITZ, (202) 515-2602

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud and Commit Offenses Against the United States | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1546 and 2 | Visa Fraud | 2 - 6 | Felony |
| Set 3 | 8 U.S.C § 1324(a)(1)(A)(iv), 18 U.S.C. § 2 | Encouraging and Inducing Illegal Entry | 9 - 10 | Felony |
| Set 4 | 8 U.S.C. § 1324(a)(1)(A)(iii), 18 U.S.C. § 2 | Harboring Illegal Aliens | 16 – 19 | Felony |
| Set 5 | 8 U.S.C. § 1324(a)(1)(A)(ii), 18 U.S.C. § 2 | Transporting Illegal Aliens | 26 - 28 | Felony |
| Set 6 | 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(6)(A), 28 U.S.C. § 2461 | Asset Forfeiture | | |