FILED: April 25, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4191
(4:16-cr-00017-RAJ-LRL-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

OMER GUR, a/k/a Omer Gur Geiger

    Defendant - Appellant

_____

O R D E R
_____

Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release.

Entered at the direction of Judge King with the concurrence of Chief Judge Traxler and Judge Gregory.

        For the Court

        /s/ Patricia S. Connor, Clerk